IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00418-ZLW

GENE ALLEN,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,
ADAMS COUNTY COURT, Brighton, Colo.
THE SUPREME COURT OF THE STATE OF COLO.,
L.C.C. IN THE STATE OF N.D.O.C.,
WARDEN JACK PALMER, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the Motion for Discovery that Applicant filed on March 19, 2010 (Doc. No. 13). The motion is DENIED as inappropriate. This case was dismissed on March 19, 2010.

Dated: March 24, 2010