IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00418-ZLW

GENE ALLEN,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,
ADAMS COUNTY COURT, Brighton, Colo.
THE SUPREME COURT OF THE STATE OF COLO.,
L.C.C. IN THE STATE OF N.D.O.C.,
WARDEN JACK PALMER, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    On June 1, 2010, Applicant submitted to the Court a pleading titled "Motion to Vacate a Judgment Denying H/C Relief" (Doc. No. 24). For the reasons stated in both this Court's Order of Dismissal entered on March 19, 2010, and the Tenth Circuit's order in ***Allen v. People of State of Colo.***, No. 10-1127, 2010 WL 1981037 (10th Cir. May 19, 2010), affirming the March 19 Order, reconsideration of the Order of Dismissal is DENIED. Any further filings in this case by Applicant that are unnecessary and inappropriate will be stricken.

Dated: June 2, 2010